IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VICTOR CORRAL,

     Petitioner,

v.                                   No. 24-cv-1309 KG/GJF

ATTORNEY GENERAL OF THE
STATE OF NEW MEXICO, *et al.*,

     Respondents.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and

Order filed contemporaneously herewith, the Court issues its separate judgment finally disposing

of this civil case.

IT IS ORDERED, ADJUDGED, AND DECREED that this civil action is dismissed

without prejudice.

                              /s/_____
                              KENNETH J. GONZALES[1]
                              CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.